IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IGNACIO CASTILLO, | |
|     Plaintiff, | No. C 14-02957 JSW |
| v. | |
| BANK OF AMERICA, N.A. and DOES 1-50, | **ORDER VACATING HEARING** |
|     Defendants. | |

    Pursuant to Civil Local Rule 7-1(b), the Court finds that the motion to dismiss which has been noticed for hearing on Friday, August 29, 2014 at 9:00 a.m., is appropriate for decision without oral argument. Accordingly, the hearing date is hereby VACATED. The motion will be taken under submission and decided on the papers.

    **IT IS SO ORDERED.**

Dated: August 27, 2014

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE