Matthew D. Mellen (Bar No. 233350)
Sarah Adelaars (Bar No. 281748)
Eunji Cho (Bar No. 286710)
MELLEN LAW FIRM
411 Borel Avenue, Suite 230
San Mateo, California 94402
Telephone: (650) 638-0120
Facsimile: (650) 638-0125

Attorney for Plaintiff,
IGNACIO CASTILLO

Molly Taylor Zapala (SBN 245985)
Email: mzapala@reedsmith.com
Alexandra C. Seibert (SBN 283008)
Email: aseibert@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

Attorneys for Defendant
BANK OF AMERICA, N.A.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IGNACIO CASTILLO, an individual;<br><br>    Plaintiff,<br><br>    v.<br><br>BANK OF AMERICA, N.A., a business entity; and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No.: 4:14-cv-02957-JSW<br><br>**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**<br><br>Case Management Conference<br>Date:    January 23, 2015<br>Time:   11:00 a.m.<br>Crtrm.:  5, 2nd Floor<br><br>Trial Date:   N/A |

Plaintiff IGNACIO CASTILLO ("Plaintiff") and Defendant BANK OF AMERICA, N.A. ("Defendant") (collectively Plaintiff and Defendant may be referred to as the "Parties") hereby stipulate and agree as follows, subject to the Court's approval.

**RECITALS**

1. WHEREAS, a case management conference is currently scheduled for January 23, 2015;

2. WHEREAS, the Parties attended a mediation on December 3, 2014 with Mediator Martin H. Dodd, which resulted in a successful settlement;

3. WHEREAS, the Parties have been meeting and conferring on the language of the Settlement Agreement and have reached an agreement;

4. WHEREAS, the Parties expect to fully execute the Settlement Agreement soon;

**STIPULATION**

1. IT IS HEREBY STIPULATED AND AGREED TO that the case management conference be continued for at least 30 days, or anytime thereafter that the Court deems appropriate.

Respectfully submitted,

**MELLEN LAW FIRM**

Date: January 7, 2015        By: ___/s/ Eunji Cho_____
                                  Eunji Cho, Esq.
                                  Attorney for Plaintiff
                                  IGNACIO CASTILLO

**REED SMITH LLP**

Date: January 8, 2015        By: ___/s/ Alexandra Seibert_____
                                  Alexandra Seibert, Esq.
                                  Attorney for Defendant
                                  BANK OF AMERICA, N.A.

**[PROPOSED] ORDER**

The Court, having read the above-stipulation and good cause appearing therefor, IT IS HEREBY ORDERED THAT:

1. The case management conference is continued to <u>March 27, 2015</u>. The parties' joint case management conference statement shall be due on March 20, 2015.

IT IS SO ORDERED.

Dated:  January 9, 2015

_____
THE HONORABLE JEFFREY S. WHITE