Matthew D. Mellen (Bar No. 233350)
Sarah Adelaars (Bar No. 281748)
Eunji Cho (Bar No. 286710)
MELLEN LAW FIRM
411 Borel Avenue, Suite 230
San Mateo, California 94402
Telephone:   (650) 638-0120
Facsimile:   (650) 638-0125

Attorney for Plaintiff,
IGNACIO CASTILLO

Molly Taylor Zapala (SBN 245985)
Email: mzapala@reedsmith.com
Alexandra C. Seibert (SBN 283008)
Email: aseibert@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

Attorneys for Defendant
BANK OF AMERICA, N.A.

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IGNACIO CASTILLO, an individual; | Case No.:  4:14-cv-02957-JSW |
| Plaintiff, | **ORDER ON JOINT STIPULATION REGARDING DIMISSAL WITH PREJUDICE** |
| v. | |
| BANK OF AMERICA, N.A., a business entity; and DOES 1 through 50, inclusive, | |
| Defendants. | |

Pursuant to the joint stipulation of dismissal executed by the parties and Federal Rules of Civil Procedure 41(a), it is HEREBY ORDERED, ADJUDGED AND DECREED:

1. The above entitled action is dismissed with prejudice;
2. The Court shall close its file.

**IT IS SO ORDERED.**

DATED: February 12, 2015

_____
Hon. Jeffrey S. White
United States District Court Judge